December 4, 2023

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
HONORABLE JUDGE TIMOTHY W. DORE
700Stewart St, Room 6301
Seattle, WA 98101

C/O   CLERKS OFFICE

RE:   **BANKRUPTCY CASE# 23-12222 – VOLUNTARY DISMISSAL**

Dear Judge Dore,

I am requesting for a voluntary dismissal of my chapter 13 bankruptcy filing as filed in the above referenced case number. I filed the petition pro se in the Western District of Washington as an emergency filing. My business is located in Washington and I have resided in Washington for most of my life. I moved to Montana approximately 10 months ago and became a resident of Montana. Upon filing on November 14, 2023, I was able to consult an attorney who advised me that I should have filed in Montana, not Washington and that I should request to voluntarily withdrawal my petition in the Western District of Washington and have him represent me and assist me with filing the proper filings in Montana.

I ask that you please consider my request and I apologize for the improper filing. I have reached out to the Trustee, Jason Wilson-Aguilar to advise him of the same request and inform him of my error.

Respectfully yours,

*Jason R. Sleater*
Pro se